IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–10–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| SHAWN CURTIS SHOURDS, | |
| Defendant. | |

Having moved, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss the December 5, 2025 Petition for Warrant for Offender Under Supervision, (Doc. 28), and quash the warrant issued for Defendant Shawn Curtis Shourds, (Doc. 29),

IT IS ORDERED that the government's motion, (Doc. 30), is GRANTED. The Petition, (Doc. 28), is DISMISSED, and the Warrant, (Doc. 29), is QUASHED.

DATED this 15th day of June, 2026.

Donald W. Molloy, District Judge
United States District Court